

# 3xLOGIC Deploys Video Verification to Secure 13 John Deere Dealerships



## THE SITUATION



Hutson Inc. is a John Deere dealership with 13 locations. The initial site Hutson focused on in Paducah, KY, has a display lot of over 88,000 square feet and a building with more than 14,000 square feet—there was a lot of territory to protect.

## THE CHALLENGE

At the Paducah location, Hutson decision-makers wanted to protect their building inside and out, during business hours and after hours. Also, covering a large outdoor area can be especially challenging from a security standpoint. Hutson's management understood that some customers want to be able to walk the lot and view the tractors and other equipment after hours without being approached by a salesperson, but they needed to ensure that those assets would be protected.

## THE SOLUTION

Sonitrol of Evansville was able to secure the buildings with impact-activated audio on a network-based panel and a video surveillance system from 3xLOGIC. Sonitrol Security Consultant, Andrew Beitler, designed a system with outdoor protection; a burglar and intrusion alarm system; and a verified 3xLOGIC CCTV solution that would work by arming just one keypad, which in turn arms the three combined systems.

## THE BENEFITS

- 3xLOGIC cameras are installed at all 13 locations, inside and outdoors, for a total of more than 100 cameras spread throughout all the dealerships.

- Video verification alarms are triggered in two ways: yard cord looped through display equipment or motion detection located at fence perimeters. Yard cord is like a lengthy extension cord; when a connection is broken along the cord an alarm is triggered signaling the Sonitrol monitoring station.

> *"A huge advantage of 3xLOGIC's video verification combined with live monitoring is to cut down on false alarms. This is critical to freeing up law enforcement to focus on real bad guys."*
>
> *—Jim Gilliam, Safety and Compliance Manager, Hutson*

- A huge advantage of 3xLOGIC's video verification and Sonitrol's live monitoring is cutting down on false alarms. This is critical to freeing up law enforcement to focus on real bad guys, instead of wasting time chasing alarms caused by the wind, animals, or other false triggers.

- With verified video, Sonitrol operators can see in real-time if equipment is being moved when it should not be.

- The system is also app capable. With the Sonitrol app, the system can be armed remotely, the cameras can be viewed, and users can be added from any smartphone or tablet.

- Sonitrol of Evansville and Hutson are looking at improving the system by deploying 3xLOGIC thermal imagers and video analytics to replace older yard cord technology.

**EXHIBIT "B"**



# THE Product(s)



3xLOGIC VISIX IP cameras come in all shapes and styles, offer the performance and clarity our customers demand, and have the best pricing on the market. With VISIX IP Cameras, end users have the flexibility and freedom to choose the camera that fits their specific needs without compromising.



The 3xLOGIC VERA thermal imager allows you to see where you never could before. When using high-contrast thermal imaging the results are a dramatic reduction in false alarms. Unlike standard thermal imagers VERA provides the advantage of verification and detection in an all-in-one device. This tiny but powerful thermal imager is not affected by changes in lighting, low-contrast scenes or inclement weather, and no illumination is required. Easy setup and integration using our QR code makes this a perfect imager for any application. The embedded analytics use algorithms that automatically self-adjust, allowing the user to concentrate on the detection rules. These advanced analytics, coupled with thermal technology allow for object classification, direction, people counting, dwell times, video alarm verification, retail traffic flow, queue management and occupancy counts. When enabled, the embedded VIGIL Server software allows the imager to be run as a stand-alone device recording video to the on-board memory card.

With VIGIL Client's advanced search capabilities like motion-based Smart Search, time-lapse inspired thumbnail search, and POS search capabilities, investigations can be done remotely and efficiently, allowing for more investigations to be completed during an LP professional's work day.



10385 Westmoor Drive, Suite 210, Westminster, CO 80021
www.3xlogic.com | (877) 3XLOGIC

© 2017 3xLOGIC, Inc. All rights reserved. Information in this document is subject to change without notice. 3xLOGIC and the 3xLOGIC logo are trademarks of 3xLOGIC, Inc. All other trademarks are the property of their respective owners. Revised: December 7, 2017 9:50 AM