**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| 1. A method of viewing, on a remote viewing device of a video surveillance system, multiple simultaneously displayed and stored video images, comprising the steps of: |   Figure 6-1:VIGIL Client Live Viewer  When *Separate Pages for Live and Playback* is disabled in *VIGIL Client Settings>Startup*, playback pulled from a camera window on the Live Viewer will replace the selected window.  When *Separate Pages for Live and Playback* is enabled, the Live Views are suspended and the user is taken to a separate playback page. Live Views are resumed after the playback window has been exited.  **[See "Vigil Client v10.5 User Manual"; Page 60]** |

EXHIBIT "C"

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| receiving video images at a personal computer based system from a plurality of video sources, wherein each of the plurality of video sources comprises a camera of the video surveillance system; |  Figure 6-1: VIGIL Client Live Viewer<br><br>When *Separate Pages for Live and Playback* is disabled in *VIGIL Client Settings>Startup*, playback pulled from a camera window on the Live Viewer will replace the selected window.<br><br>When *Separate Pages for Live and Playback* is enabled, the Live Views are suspended and the user is taken to a separate playback page. Live Views are resumed after the playback window has been exited.<br><br>**[See "Vigil Client v10.5 User Manual";  Page 60]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| digitizing any of the images not already in digital form using an analog-to-digital converter; | **[See "*Vigil Server Users Guide*"; Pages 44 and 45]**<br><br>**The CODEC Settings window allows advanced configuration of the recording CODEC used for storing video footage recorded on analog cameras.**<br><br> |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| displaying one or more of the digitized images in separate windows on a personal computer based display device, using a first set of temporal and spatial parameters associated with each image in each window; | **[See "*Vigil Server Users Guide*";  Pages 23, 11 and 47]**<br><br><br><br>**[See "*Vigil Server Users Guide*";  Pages 10 and 33]**<br><br>**Depending on the hardware installed with your VIGIL Server unit, you may have access to alarm inputs or relay outputs. The number of available alarms and relays is dependent on your hardware.**<br>**Alarm inputs can trigger recording of video and/or audio based on an externally tripped circuit. Relay outputs can be triggered by motion alarms, video loss, POS data, or failure of the VIGIL Server.** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| converting one or more of the video source images into a selected video format in a particular resolution, using a second set of temporal and spatial parameters associated with each image; | **[See "*Vigil Server Users Guide*";  Pages 109 and 50]**<br><br>**Video Storage Drives are the main drives where video footage is stored. If a Video Storage Drive becomes full, VIGIL Server will switch to the next Video Storage Drive for recording. Also, if all of the Video Storage Drives are offline, the Alternate Video Storage Drives will be used until they return online.**<br>**When adding or editing a video storage drive, the Media Control window is displayed.**<br><br><br><br>**[See "*Vigil Server Users Guide*";  Pages 44 and 45]**<br><br>**The CODEC Settings window allows advanced configuration of the recording CODEC used for storing video footage recorded on analog cameras.** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| |  |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| contemporaneously storing at least a subset of the converted images in a storage device in a network environment; | <br><br>VIGIL Central Management allows the centralized management of user access rights, configuration and software updates as well as a complete system health monitoring.<br><br>**[See "*Vigil Central Management Software*" *Product Brochure*; Page 1]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| | <br><br>**[See "Vigil Client v10.5 User Manual"; Page 51]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| providing a communications link to allow an external viewing device to access the storage device; |  VIGIL Central Management allows the centralized management of user access rights, configuration and software updates as well as a complete system health monitoring.<br><br>**[See "*Vigil Central Management Software*" Product Brochure;  Page 1]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| receiving, from a remote viewing device remoted located remotely from the video surveillance system, a request to receive one or more specific streams of the video images; | |

Figure 6-1:VIGIL Client Live Viewer

When *Separate Pages for Live and Playback* is disabled in *VIGIL Client Settings>Startup*, playback pulled from a camera window on the Live Viewer will replace the selected window.

When *Separate Pages for Live and Playback* is enabled, the Live Views are suspended and the user is taken to a separate playback page. Live Views are resumed after the playback window has been exited.

**[See "Vigil Client v10.5 User Manual";  Page 60]**

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| transmitting, either directly from one or more of the plurality of video sources or from the storage device over the communication link to the remote viewing device, and in the selected video format in the particular resolution, the selected video format being a progressive video format which has a frame rate of less than substantially 24 frames per second using a third set of temporal and spatial parameters associated with each image, a version or versions of one or more of the video images to the remote viewing device, wherein the communication link traverses an external broadband connection between the remote computing device and the network environment; and |  |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| displaying only the one or more requested specific streams of the video images on the remote computing device. |  |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| 2. The method of claim 1, wherein the remote viewing of the given video stream is contemporaneous with the live viewing and storage. | **View Live Video**<br>To bring up live video:<br>1. **Click** the + next to your VIGIL Server *(Local Server UI)*.<br>  a. If you have not set up automatic login, you will be prompted to enter your credentials as set above.<br>2. **Click** the + next to the *Camera* icon to open the list of cameras on your Server.<br>3. **Double click** a camera to bring up its live stream.<br>  b. To view all cameras, **double click** *Display All*.<br><br>**Note:** VIGIL will automatically update the layout of your cameras based on the number of cameras being displayed.<br><br>**[See "Vigil Client User Reference"; Page 1]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| 3. The method of claim 1, wherein the remote viewing of the given video stream is conducted subsequent to the live viewing and storage. |  |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| |  |

Skips to the very beginning or end of the video footage.

Plays back all footage backward or forward at maximum speed without skipping any frames.

Plays all open video footage backward or forward

Pauses all open video footage

Click-and-drag the slide-bar to move to a different point in the video clip.

Skips one 10th of the footage if clicked while playing the video footage. While paused or stopped, click to play back frame by frame. The mouse scroll wheel can also be used to do this by selecting the play-back slide-bar.

**Start / End Range** — Position the footage navigation slider at the beginning of the sub-range and click the *Start Range* button. You will notice a small marker appear below the starting point. Next, navigate to the end of the sub-range and click the *End Range* button.

**Clear** — Removes the sub-range markers. If the sub-range is cleared when the *View* button is latched on, the playback will return from the sub-range to the fully loaded footage.

**View** — Loads the sub-range for playback. The playback information will indicate that a sub-range is currently displayed. All of the playback controls will operate on only the sub-range of footage. This option will only function after playback markers have been set.

**Add to Stitched** — Add the marked sub-range of file to the current Stitched Playback assembly list. See "Stitched Playback" on the facing page for more information.

**Note:** When the VIGIL Client playback viewer window size becomes too small to display all edge controls, playback controls and playback tools, the controls will be consolidated into drop-down menus that can be accessed by clicking their respective context arrows. Playback tools will be moved to floating windows. When the window is re-sized large enough to accommodate the controls on-screen, the viewer will revert to its original state.



**Figure 9-22:** Consolidated Playback Controls

[See "Vigil Client v10.5 User Manual"; Page 119]

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| 4. The method of claim 1, wherein the remote computing device and the network environment communicate through the Internet. | <br><br>*VIGIL Central Management allows the centralized management of user access rights, configuration and software updates as well as a complete system health monitoring.*<br><br>**[See "*Vigil Central Management Software*" Product Brochure; Page 1]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| 5. The method of claim 1, wherein the broadband connection has a bandwidth of 2-6 Megabits per second (Mbps). | *This is a typical characteristic of Remote connections.* |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| 6. A method of viewing, on a remote viewing device of a video surveillance system, multiple simultaneously displayed and stored video images, comprising the steps of: | <br><br>Figure 6-1:VIGIL Client Live Viewer<br><br>When *Separate Pages for Live and Playback* is disabled in *VIGIL Client Settings>Startup*, playback pulled from a camera window on the Live Viewer will replace the selected window.<br><br>When *Separate Pages for Live and Playback* is enabled, the Live Views are suspended and the user is taken to a separate playback page. Live Views are resumed after the playback window has been exited.<br><br>**[See "Vigil Client v10.5 User Manual";  Page 60]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| receiving video images at a personal computer based system from a plurality of video sources, wherein each of the plurality of video sources comprises a camera of the video surveillance system; | <br><br>Figure 6-1:VIGIL Client Live Viewer<br><br>When *Separate Pages for Live and Playback* is disabled in *VIGIL Client Settings>Startup*, playback pulled from a camera window on the Live Viewer will replace the selected window.<br><br>When *Separate Pages for Live and Playback* is enabled, the Live Views are suspended and the user is taken to a separate playback page. Live Views are resumed after the playback window has been exited.<br><br>**[See "Vigil Client v10.5 User Manual";  Page 60]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| digitizing any of the images not already in digital form using an analog-to-digital converter; | **[See "*Vigil Server Users Guide*";  Pages 44 and 45]**<br><br>**The CODEC Settings window allows advanced configuration of the recording CODEC used for storing video footage recorded on analog cameras.**<br><br> |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| displaying one or more of the digitized images in separate windows on a personal computer based display device, using a first set of temporal and spatial parameters associated with each image in each window; | **[See "*Vigil Server Users Guide*"; Pages 23, 11 and 47]**<br><br><br><br>**[See "*Vigil Server Users Guide*"; Pages 10 and 33]**<br><br>**Depending on the hardware installed with your VIGIL Server unit, you may have access to alarm inputs or relay outputs. The number of available alarms and relays is dependent on your hardware.**<br>**Alarm inputs can trigger recording of video and/or audio based on an externally tripped circuit. Relay outputs can be triggered by motion alarms, video loss, POS data, or failure of the VIGIL Server.** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| converting one or more of the video source images into a selected video format in a particular resolution, using a second set of temporal and spatial parameters associated with each image; | **[See "*Vigil Server Users Guide*";  Pages 109 and 50]**<br><br>**Video Storage Drives are the main drives where video footage is stored. If a Video Storage Drive becomes full, VIGIL Server will switch to the next Video Storage Drive for recording. Also, if all of the Video Storage Drives are offline, the Alternate Video Storage Drives will be used until they return online.**<br>**When adding or editing a video storage drive, the Media Control window is displayed.**<br><br><br><br>**[See "*Vigil Server Users Guide*";  Pages 44 and 45]**<br><br>**The CODEC Settings window allows advanced configuration of the recording CODEC used for storing video footage recorded on analog cameras.** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
|  |  |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| contemporaneously storing at least a subset of the converted images in a storage device in a network environment; |   *VIGIL Central Management allows the centralized management of user access rights, configuration and software updates as well as a complete system health monitoring.*  **[See "*Vigil Central Management Software*" Product Brochure; Page 1]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| |  |

**[See "Vigil Client v10.5 User Manual"; Page 51]**

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| providing a communications link to allow an external viewing device to access the storage device; |  VIGIL Central Management allows the centralized management of user access rights, configuration and software updates as well as a complete system health monitoring.<br><br>[See "*Vigil Central Management Software*" Product Brochure; Page 1] |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| receiving, from a remote viewing device remoted located remotely from the video surveillance system, a request to receive one or more specific streams of the video images; | <br><br>Figure 6-1: VIGIL Client Live Viewer<br><br>When *Separate Pages for Live and Playback* is disabled in *VIGIL Client Settings>Startup*, playback pulled from a camera window on the Live Viewer will replace the selected window.<br><br>When *Separate Pages for Live and Playback* is enabled, the Live Views are suspended and the user is taken to a separate playback page. Live Views are resumed after the playback window has been exited.<br><br>**[See "Vigil Client v10.5 User Manual";  Page 60]** |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| transmitting, either directly from one or more of the plurality of video sources or from the storage device over the communication link traversing the Internet to the remote viewing device, and in the selected video format in the particular resolution, the selected video format being a progressive video format which has a frame rate of less than substantially 24 frames per second using a third set of temporal and spatial parameters associated with each image, a version or versions of one or more of the video images to the remote viewing device; and |  [See "Vigil Client v10.5 User Manual";  Page 51] |

**CLAIM CHART FOR US PATENT NO 10,499,091 as applied to 3xLogic Vigil Client v10.5**

| Patent Claim Language | Application to 3xLogic Vigil Client v10.5 |
|---|---|
| displaying only the one or more requested specific streams of the video images on the remote computing device. |  |